THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | NO. 2:23-CV-00491-TL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: AUGUST 1, 2023 |

Pursuant to Judge Lin's Standing Order for All Civil Cases and Local Civil Rules 7(d)(1) and 10(g), Plaintiff Andrea Gladstone and Defendant Amazon.com Services LLC ("Amazon") (collectively "the Parties"), by and through their respective attorneys, hereby move the Court to extend by fourteen (14) days the deadline for Amazon to respond to the First Amended Class Action Complaint (Dkt. 11), from August 4, 2023, to August 18, 2023.

In support of the foregoing request for relief, the Parties state as follows:

1.   Plaintiff filed the original Complaint on March 31, 2023. (Dkt. 1.)

2.   On April 24, 2023, the Court granted the Parties' Stipulated Notice to Extend Defendants' Deadline to Respond to Complaint by 30 days, to May 25, 2023. (Dkt. 5.)

3.   Following the Parties' discussions regarding the factual allegations in the original Complaint, and in light of Plaintiff's expressed intent to amend the original Complaint, the

Parties filed a Stipulated Notice agreeing that Plaintiff would file any First Amended Complaint by June 15, 2023, and that Amazon's deadline to respond to the operative complaint would be set for August 4, 2023. (Dkt. 8.) The Court reset the deadlines pursuant to the Parties' Stipulated Notice on May 19, 2023.

4. On June 15, 2023, Plaintiff filed the First Amended Complaint ("FAC"). (Dkt. No. 11.)

5. The Parties met and conferred to discuss, among other things, the factual allegations in the FAC on August 1, 2023. The Parties agreed to further extend Amazon's deadline to respond to the FAC by two weeks to allow the Parties time to continue those discussions before Amazon is required to respond to the FAC.

6. Good cause exists for this brief extension because it serves the interest of judicial efficiency and preserves the Parties' resources. Because the Parties' discussions may possibly result in, among other things, the Plaintiff voluntarily dismissing the FAC or filing a Second Amended Complaint with Amazon's consent, this brief extension avoids the need for motion practice regarding allegations that may be further amended or dismissed in their entirety. *See, e.g.*, *New World Med. Inc. v. Microsurgical Tech. Inc.*, No. 2:20-CV-01621-RAJ-BAT, 2021 WL 366106, at *1 (W.D. Wash. Feb. 3, 2021) ("[C]ourts will seek to limit the burden on parties and on itself when there is potential for an action to be dismissed in its entirety."). Neither Party will be prejudiced by this brief extension of Amazon's deadline to respond and the proposed extension will not cause any undue delay. If the Parties' discussions result in Plaintiff seeking leave to file a Second Amended Complaint, the Parties agree to meet and confer in good faith regarding any further changes to the schedule for briefing any anticipated motions to dismiss and deadlines under Federal Rule of Civil Procedure 26.

WHEREFORE, the Parties stipulate and respectfully respect the Court enter an Order setting the deadline for Amazon to respond to Plaintiff's First Amended Complaint to August 18, 2023.

DATED: August 1, 2023

Respectfully submitted,

By: s/ *Erin K. Earl*
Erin K. Earl, Bar No. 49341
Ryan Spear, Bar No. 39974
Nicola C. Menaldo, Bar No. 44459
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RyanSpear@perkinscoie.com
NMenaldo@perkinscoie.com

*Counsel for Defendant*
*Amazon.com Services LLC*

By: s/ *Wright A. Noel*
Wright A. Noel
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: +1.425.837.4717
Wright@carsonnoel.com

Joseph I. Marchese (*pro hac vice* forthcoming)
Max S. Roberts (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
JMarchese@bursor.com
MRoberts@bursor.com

Neal J. Deckant (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
NDeckant@bursor.com

*Counsel for Plaintiff*
*Andrea Gladstone*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND AND SET DEADLINES
(No. 2:23-cv-00491-TL) – 3

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this 2nd day of August, 2023.

_____
Tana Lin
United States District Judge

Presented by:

By: s/ *Erin K. Earl*
    Erin K. Earl, Bar No. 49341
    Ryan Spear, Bar No. 39974
    Nicola C. Menaldo, Bar No. 44459
    **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    RyanSpear@perkinscoie.com
    NMenaldo@perkinscoie.com

*Counsel for Defendant*
*Amazon.com Services LLC*

By: s/ *Wright A. Noel*
    Wright A. Noel
    **CARSON NOEL PLLC**
    20 Sixth Avenue NE
    Issaquah, WA 98027
    Telephone: +1.425.837.4717
    Wright@carsonnoel.com

    Joseph I. Marchese (*pro hac vice* forthcoming)
    Max S. Roberts (*pro hac vice* forthcoming)
    **BURSOR & FISHER, P.A.**
    888 Seventh Avenue
    New York, NY 10019
    Telephone: (646) 837-7150
    Facsimile: (212) 989-9163
    JMarchese@bursor.com
    MRoberts@bursor.com

    Neal J. Deckant (*pro hac vice* forthcoming)
    **BURSOR & FISHER, P.A.**
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
    NDeckant@bursor.com

*Counsel for Plaintiff*
*Andrea Gladstone*