THE HONORABLE TANA LIN

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

10

## WESTERN DISTRICT OF WASHINGTON

11

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated, | Case No.: 2:23-cv-00491-TL |
| Plaintiff, | **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |
| v. | |
| AMAZON.COM SERVICES LLC, | Hon. Tana Lin |
| Defendant. | NOTE ON MOTION CALENDAR: AUGUST 15, 2023 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Judge Lin's Standing Order for All Civil Cases and Local Civil Rules 7(d)(1) and 10(g), Plaintiff Andrea Gladstone ("Plaintiff") and Defendant Amazon.com Services LLC ("Amazon") (collectively "the Parties"), by and through their respective attorneys, hereby move the Court to set a deadline for Plaintiff to file a Second Amended Complaint and for Amazon to file a response thereto, to set a briefing schedule for Amazon's anticipated motion to dismiss, and to extend discovery-related deadlines.  In support of the foregoing request for relief, the Parties state as follows:

1.      Plaintiff filed the original Complaint on March 31, 2023 (Dkt. 1).

2.      On April 24, 2023, the Court granted the Parties' Stipulated Notice to Extend Defendants' Deadline to Respond to Complaint by 30 days, to May 25, 2023 (Dkt. 5).

3.      Following the Parties' discussions regarding the factual allegations in the original Complaint, and in light of Plaintiff's expressed intent to amend the original Complaint, the Parties filed a Stipulated Notice agreeing that Plaintiff would file any First Amended Complaint by June 15, 2023, and that Amazon's deadline to respond to the operative complaint would be set for August 4, 2023 (Dkt. 8). The Court reset the deadlines pursuant to the Parties' Stipulated Notice on May 19, 2023.

4.      On June 9, 2023, the Court entered an Order setting the deadline for the Parties to serve Initial Disclosures and file a Joint Status Report (Dkt. No. 10).

5.      On June 15, 2023, Plaintiff filed the First Amended Complaint ("FAC") (Dkt. No. 11).

6.      On July 10, 2023, the Court entered an Order continuing the deadline for the Parties to serve Initial Disclosures until September 19, 2023, and file a Joint Status Report until October 3, 2023.

7.      On August 1, 2023, The Parties met and conferred to discuss, among other things, the factual allegations in the FAC. The Parties agreed to further extend Amazon's deadline to respond to the FAC by two weeks, until August 18, 2023, to allow the Parties time to continue those discussions before Amazon is required to respond to the FAC.  On August 2, 2023, the Court granted this extension (Dkt. No. 15).

8.      On August 15, 2023, the Parties had a second meet and confer to discuss the factual allegations in the FAC and to evaluate subsequent information provided by Amazon.  As a result of this meet and confer, and pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff plans to file a Second Amended Complaint ("SAC") on September 8, 2023.

9.      The Parties also agree that, subject to the Court's approval, Amazon's deadline to respond to the operative complaint shall be 30 days later, or October 9, 2023; that Plaintiff will respond to any Motion to Dismiss filed by Amazon by October 30, 2023, and that Amazon will file a Reply in support of said Motion to Dismiss by November 10, 2023.

10.     The Parties further agree that, subject to the Court's approval, the case management deadlines from the Court's July 10, 2023 Order should be continued as follows:

- Fed. R. Civ. P. 26(f) Conference Deadline: October 13, 2023
- Initial Disclosures: October 27, 2023
- Joint Status Report: November 10, 2023

Good cause exists for this extension because it serves the interest of judicial efficiency and preserves the Parties' resources.  The Parties are continuing to discuss the factual and legal basis for Plaintiff's claims, and the additional time for Plaintiff to amend the operative complaint, and for Amazon to respond thereto, will allow the Parties to continue those discussions.  *See*, *e.g.*, *New World Med. Inc. v. Microsurgical Tech. Inc.*, 2021 WL 366106, at *1 (W.D. Wash. Feb. 3, 2021) ("[C]ourts will seek to limit the burden on parties and on itself when there is potential for an action to be dismissed in its entirety."); *see also* Section III.G of Judge Lin's Standing Order.  Neither Party will be prejudiced by this brief extension of case deadlines and the proposed extension will not cause any undue delay.

WHEREFORE, the Parties stipulate and respectfully respect the Court enter an Order setting the following deadlines:

- Plaintiff's SAC: September 8, 2023
- Amazon's Response to the SAC: October 9, 2023

- Plaintiff's Response to Amazon's anticipated Motion to Dismiss: October 30, 2023

- Amazon's Reply in support of any Motion to Dismiss: November 10, 2023.

- Fed. R. Civ. P. 26(f) Conference Deadline: October 13, 2023

- Initial Disclosures: October 27, 2023

- Joint Status Report: November 10, 2023

Respectfully submitted this 15th day of August, 2023

**CARSON NOEL PLLC**

By: */s/ Wright A. Noel*
        Wright A. Noel

Wright A. Noel (WSBA #25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837.4717
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Max S. Roberts*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: jmarchese@bursor.com
        mroberts@bursor.com

1

2    **BURSOR & FISHER, P.A**.

3    Neal J. Deckant*
     1990 North California Blvd., Suite 940

4    Walnut Creek, CA 94596
     Telephone: (925) 300-4455

5    Facsimile: (925) 407-2700
     E-mail: ndeckant@bursor.com

6

7    *Pro Hac Vice* application forthcoming

8    *Attorneys for Plaintiff*

9    **PERKINS COIE LLP**

10
     By: */s/ Erin K. Earl*

11
     Erin K. Earl, Bar No. 49341

12   Ryan Spear, Bar No. 39974
     Nicola C. Menaldo, Bar No. 44459

13   1201 Third Avenue, Suite 4900
     Seattle, Washington 98101

14   Telephone: +1.206.359.8000
     Facsimile: +1.206.359.9000

15   EEarl@perkinscoie.com
     RyanSpear@perkinscoie.com

16   NMenaldo@perkinscoie.com

17   *Attorneys for Defendant*

18

19

20                              ~~[PROPOSED]~~ **ORDER**

21   IT IS SO ORDERED.

22   Dated this 16th day of August, 2023.

23

24                                           Tana Lin
                                             United States District Judge
25

26

27

28

STIPULATION AND ~~[PROPOSED]~~ ORDER RE: SAC
CASE NO. 2:23-CV-00491-TL
                                            2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Presented by:

**CARSON NOEL PLLC**

By: */s/ Wright A. Noel*
        Wright A. Noel

Wright A. Noel (WSBA #25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837.4717
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese*
Max S. Roberts*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: jmarchese@bursor.com
        mroberts@bursor.com

**BURSOR & FISHER, P.A**.
Neal J. Deckant*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
*Pro Hac Vice* application forthcoming
*Attorneys for Plaintiff*

**PERKINS COIE LLP**

By: */s/ Erin K. Earl*
Erin K. Earl, Bar No. 49341
Ryan Spear, Bar No. 39974
Nicola C. Menaldo, Bar No. 44459
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
EEarl@perkinscoie.com
RyanSpear@perkinscoie.com
NMenaldo@perkinscoie.com
*Attorneys for Defendant*