THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | No. 2:23-cv-00491-TL<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, undersigned counsel for defendant Amazon Web Services, Inc. disclose the following:

Amazon Web Services, Inc. is wholly owned by AWSCH, Inc., a Delaware corporation. AWSHC, Inc. is wholly owned by Amazon.com, Inc., a Delaware corporation. There is no parent shareholder, member, or partner to identify as required by LCR 7.1(a)(1).

Dated: October 11, 2023

By: *s/ Erin K. Earl*
Erin K. Earl, Bar No. 49341
Ryan M. Spear, Bar No. 39974
Nicola C. Menaldo, Bar No. 44459
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RSpear@perkinscoie.com
NMenaldo@perkinscoie.com
EEarl@perkinscoie.com

CORPORATE DISCLOSURE STATEMENT
(No. 2:23-cv-00491-TL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on October 11, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

And I hereby certify that I have caused the foregoing document to be emailed to the following:

BURSOR & FISHER, P.A.
Joseph I. Marchese (pro hac vice app. forthcoming)
Max S. Roberts (pro hac vice app. forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
E-mail: jmarchese@bursor.com
          mroberts@bursor.com

BURSOR & FISHER, P.A.
Neal J. Deckant (pro hac vice app. forthcoming)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
E-mail: ndeckant@bursor.com

Dated: October 11, 2023

s/ Erin K. Earl
Erin K. Earl

CERTIFICATE OF SERVICE
(No. 2:23-cv-00491-TL) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000