UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:23-cv-00491-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 25. The Parties jointly propose that the Court delay entering a scheduling order until after the Court has ruled on Defendant Amazon Web Services, Inc.'s pending Motion to Dismiss (Dkt. No. 21). Dkt. No. 25 at 4. The Parties further propose that they confer after the Court's ruling and propose a schedule for remaining pretrial deadlines at that time. *Id.* The Court agrees with the proposal.

Accordingly, the Parties are ORDERED to meet and confer and propose a trial schedule **within fourteen (14) days** of the Court's ruling on Defendant's Motion to Dismiss.

Dated this 14th day of November 2023.

Tana Lin
United States District Judge

ORDER - 1