THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>Defendant. | No. 2:23-cv-00491-TL<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND ANSWER DEADLINE AND DEADLINES TO SUBMIT PROPOSED PROTECTIVE ORDER AND ESI PROTOCOL<br><br>NOTE ON MOTION CALENDAR: JULY 10, 2024 |

Pursuant to Judge Lin's Standing Order for All Civil Cases and Local Civil Rules 7(d)(1) and 10(g), Defendant Amazon Web Services, Inc. ("AWS") and Plaintiff Andrea Gladstone ("Plaintiff," and together with AWS, "the Parties") jointly move to extend the deadlines to submit a proposed Protective Order and ESI Protocol from July 16, 2024, to August 13, 2024.

In addition, AWS respectfully moves for a brief extension of the deadline for AWS to file its answer to the Second Amended Class Action Complaint ("SAC") (Dkt. 18) from July 16, 2024, to August 13, 2024. AWS has consulted with Plaintiff's counsel and Plaintiff does not object to this requested relief.

In support of the foregoing request for relief, the Parties state as follows:

1. The Court denied AWS's Motion to Dismiss the SAC on July 2, 2024. (Dkt. 44.)

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES
(No. 2:23-cv-00491-TL) –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. The Parties previously jointly proposed submitting a proposed Protective Order and a proposed Agreement re: Discovery of Electronically Stored Information ("ESI Protocol") within 14 days of the Court's ruling on AWS's Motion to Dismiss, which would make those proposals likewise due on July 16, 2024. (Dkt. 25.)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(4), AWS's deadline to file its answer to the SAC is July 16, 2024.

4. On July 10, 2024, the Parties met and conferred to discuss pretrial deadlines. Consistent with the Court's Order re: Parties' Joint Status Report (Dkt. 29) and Order on Motion to Dismiss (Dkt. 44), the Parties anticipate submitting a Second Joint Status Report proposing pretrial deadlines on July 16, 2024.

5. Given the complexity of this case, the Court's recent order denying AWS's Motion to Dismiss, and the intervening Independence Day holiday, AWS requires additional time to prepare its answer to the SAC. The Parties also have conferred and agree that they require additional time to meet and confer regarding a proposed Protective Order and ESI Protocol. Good cause exists for these extensions based on the complexity of the matter, the current procedural posture, and pre-planned absences of the Parties and their counsel.

6. In light of the foregoing, AWS respectfully requests that the Court extend to August 13, 2024, AWS's deadline to file its answer to Plaintiff's SAC. Plaintiff does not oppose the request.

7. Further, the Parties jointly request that the Court modify the Parties' proposed deadline for submission of a proposed Protective Order and ESI Protocol to August 13, 2024.

WHEREFORE, the Parties respectfully request that the Court enter an order extending existing case deadlines in accordance with this Stipulated Motion.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES
(No. 2:23-cv-00491-TL) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  DATED: July 10, 2024

2

3  Respectfully Submitted:

4  By: s/ *Erin K. Earl*                              By: s/ *Max S. Roberts*
       Erin K. Earl, Bar No. 49341                         Wright A. Noel
5      Ryan Spear, Bar No. 39974                           **CARSON NOEL PLLC**
       Nicola C. Menaldo, Bar No. 44459                    20 Sixth Avenue NE
6      Jordan Harris, Bar No. 55499                        Issaquah, WA 98027
       **PERKINS COIE LLP**                                Telephone: +1.425.837.4717
7      1201 Third Avenue, Suite 4900                       Wright@carsonnoel.com
       Seattle, Washington 98101
8      Telephone: +1.206.359.8000                          Joseph I. Marchese
       Facsimile: +1.206.359.9000                          Max S. Roberts
9      RyanSpear@perkinscoie.com                           **BURSOR & FISHER, P.A.**
       NMenaldo@perkinscoie.com                            1330 Avenue of the Americas, 32nd Fl.
10                                                         New York, NY 10019
       *Counsel for Defendant*                             Telephone: (646) 837-7150
11     *Amazon Web Services, Inc.*                         Facsimile: (212) 989-9163
                                                           JMarchese@bursor.com
12                                                         MRoberts@bursor.com

13                                                         Neal J. Deckant (*pro hac vice* forthcoming)
                                                           **BURSOR & FISHER, P.A.**
14                                                         1990 North California Blvd., Suite 940
                                                           Walnut Creek, CA 94596
15                                                         Telephone: (925) 300-4455
                                                           Facsimile: (925) 407-2700
16                                                         NDeckant@bursor.com

17                                                         *Counsel for Plaintiff*
                                                           *Andrea Gladstone*
18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINES
(No. 2:23-cv-00491-TL) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS SO ORDERED. |
| 3 | Dated this 11th day of July, 2024. |

_____
Tana Lin
United States District Judge

Presented by:

By: s/ *Erin K. Earl*
Erin K. Earl, Bar No. 49341
Ryan Spear, Bar No. 39974
Nicola C. Menaldo, Bar No. 44459
Jordan Harris, Bar No. 55499
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RyanSpear@perkinscoie.com
NMenaldo@perkinscoie.com

*Counsel for Defendant
Amazon Web Services, Inc.*

By: s/ *Max S. Roberts*
Wright A. Noel
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: +1.425.837.4717
Wright@carsonnoel.com

Joseph I. Marchese
Max S. Roberts
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
JMarchese@bursor.com
MRoberts@bursor.com

Neal J. Deckant (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
NDeckant@bursor.com

*Counsel for Plaintiff
Andrea Gladstone*

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINES
(No. 2:23-cv-00491-TL) –4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000