THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA GLADSTONE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC.,<br><br>            Defendant. | Case No.: 2:23-cv-00491-TL<br><br>**STIPULATITON OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Tana Lin |

STIPULATION OF DISMISSAL
CASE NO. 2:23-CV-00491-TL

CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andrea Gladstone and Defendant
2  Amazon Web Services, Inc. hereby stipulate to the dismissal of all of Plaintiff's individual claims
3  *with prejudice* and all of the claims of the proposed Class *without prejudice*. Each party shall bear
4  its own fees and costs.

5  Dated: December 20, 2024                                      Respectfully submitted,

**CARSON NOEL PLLC**

**PERKINS COIE LLP**

By: */s/ Wright A. Noel*
       Wright A. Noel

By: */s/ Erin K. Earl*

Wright A. Noel (WSBA #25264)
Patrick D. Moore (WSBA #54177)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837.4717
Email: wright@carsonnoel.com

Erin K. Earl, Bar No. 49341
Ryan Spear, Bar No. 39974
Nicola C. Menaldo, Bar No. 44459
Jordan C. Harris, Bar No. 55499
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
RyanSpear@perkinscoie.com
NMenaldo@perkinscoie.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*Pro Hac Vice*)
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Defendant*

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL
CASE NO. 2:23-CV-00491-TL

1

**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396